In the Matter of the Application of Edwin DUFFEY, as Commissioner of Highways of the State of New York, for a peremptory writ of mandamus against John J. Clark, as Treasurer of Onondaga County. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Order entered March 29, 1916, amended so as to state that the affirmance was made as matter of law and not in the exercise of the discretion of the court.

Peter DUFFY v. Charles L. AMENT. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

William DUKE, respondent, v. James C. FARGO, as President, etc., appellant. William GLYNN, respondent, v. SAME, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motions denied.

Mary J. DUMAS, applt., v. James E. MARTIN, respt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment and order affirmed with costs. All concur.

In the Matter of the Examination of Joseph DUNFEE in Proceedings Supplementary to Execution upon Application of Frank Hasbrouck, as Superintendent of Insurance and receiver, etc. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Motion for leave to appeal to Court of Appeals granted, and question for review certified.

In the Matter of the claim of Aggie Whelan DUNN for compensation under the Workmen's Compensation Law, respt., v. WEST END BREWING COMPANY, employer, and Central & Western New York Brewers' & Malsters' Mutual Insurance Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Award unanimously affirmed.

Mary L. DURBROW v. SWEDISH IRON & STEEL CORPORATION. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application granted, upon defendant filing stipulation provided for in order. Order signed.

The EAGLE WATERPROOF CO., Inc., v. N. Y. MACKINTOSH CLOTHING CO. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application denied, with $10 costs. Order signed.

Edward A. EAMES et al., respts., v. BUFFALO & WILLIAMSVILLE ELECTRIC RY. CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment affirmed with costs. All concur.

In the Matter of Cornelius J. EARLEY, an attorney. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Referred to official referee. Settle order on notice.

Thomas Harry EARNSHAW, applt., v. CIT OF SYRACUSE, respt. (Supreme Court, A pellate Division, Fourth Department. April 1 1916.) Judgment and order affirmed with cost All concur.

Samuel B. ECKERT, Respt., v. AUSTRO AMERICANA STEAMSHIP CO., Ltd., Appl (Supreme Court, Appellate Division, First D partment. June 2, 1916.) Determination a firmed with costs. No opinion. Dowling, J dissenting and voting to reverse, unless plai tiff consent to reduce recovery to $229.40, wit interest and costs. Order filed.

Lillian E. EDDY, respt., v. C. B. KEIT FAMILY THEATER CO., applt. (Suprem Court, Appellate Division, Fourth Departmen June 15, 1916.) Judgment and order affirme with costs. All concur.

Emma EDERHEIMER, Applt., v. Leopol EDERHEIMER, Respt. (Supreme Court, A pellate Division, First Department. May 2 1916.) Judgment reversed, and new trial order ed, with costs to appellant to abide event. N opinion. Settle order on notice.

Jedediah P. EDGERTON, applt., v. NE YORK STATE RAILWAYS, respt. (Suprem Court, Appellate Division, Fourth Departmen May 24, 1916.) Judgment reversed and ne trial granted, with costs to appellant to abid event: Held, that the question of the plaintiff contributory negligence, as well as that of th defendant's negligence, was a question of fac for the jury. All concur, except Foote, J., wh dissents, and De Angelis, J., not voting.

In the matter of the application of Charle EDKINS for a writ of mandamus, Applt., v. W W. WOTHERSPOON, as superintendent o public works of the State of New York, respt (Supreme Court, Appellate Division, Third De partment. June 30, 1916.) Order amended, s as to read as follows: "Ordered that the orde so appealed from be and the same hereby i unanimously affirmed, with $10 costs and dis bursements. This order is affirmed as a matte of law and not in the exercise of discretion. Sec, also, 158 N. Y. Supp. 710.

EDW. J. NOBLE CO., Inc., Respt., v. DA VID P. LEAHY REALTY CO., et al., Applt (Supreme Court, Appellate Division, First De partment. May 26, 1916.) Order affirmed, wit $10 costs and disbursements, with leave to de fendants to withdraw demurrer and to answe on payment of costs in this court and in th court below. No opinion. Order filed.

Kathryn T. EGAN, applt., v. INTERNA TIONAL RY. CO., respt. (Supreme Court, A pellate Division, Fourth Department. July 6 1916.) Motion for reargument denied with $1 costs. Motion for leave to appeal to Court o Appeals denied.

Estelle E. EICHENBRONER, respondent, v Edward EICHENBRONER, appellant. (Su preme Court, Appellate Division, Second De partment. June 9, 1916.) Order affirmed, wit